**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MARIA XIMENA JOHNSTON, ) | No. ED CV 16-2388-PLA |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded to defendant for further proceedings consistent with this Memorandum Opinion.

DATED: December 7, 2017

                                                                                         PAUL L. ABRAMS
                                                               UNITED STATES MAGISTRATE JUDGE